USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SURGICARE OF MANHATTAN,

                Plaintiff,

-v.-

UNITED HEALTHCARE INSURANCE COMPANY,

                Defendant.

---

22 Civ. 9695 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      The Defendant in this action appears to be in default.  Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices in Civil Cases (available at https://nysd.uscourts.gov/hon-jennifer-h-rearden), **within two weeks of the date of this Order.**  If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to ReardenNYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and, if appropriate, scheduling a date and time for a default judgment hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

      Plaintiff shall electronically serve a copy of this Order on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: February 10, 2023
      New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge